# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MONICA HECKATHORN, | Case No.: 2:17-cv-00703-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| BODEGA LATINA CORPORATION, | |
| Defendant(s). | |

Pending before the Court is Defendant Bodega Latina Corporation's motion to appear telephonically. Docket No. 33. In support of Defendant's motion, it submitted a redacted copy of its insurance plan with First Speciality Insurance Corporation. Docket No. 33-1. In filing this exhibit, Defendant failed to comply with Local Rule IA 10-5 and Ninth Circuit caselaw regarding filing redacted documents. Accordingly, the Court **ORDERS** Defendant to comply with Local Rule IA 10-5, and relevant Ninth Circuit caselaw, no later than May 28, 2019.

IT IS SO ORDERED.

Dated: May 22, 2019

Nancy J. Koppe
United States Magistrate Judge