# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MONICA HECKATHORN,<br><br>    Plaintiff(s),<br><br>v.<br><br>BODEGA LATINA CORPORATION,<br><br>    Defendant(s). | Case No.: 2:17-cv-00703-APG-NJK<br><br>**Order** |

Pending before the Court is Defendant Bodega Latina Corporation's motion to appear telephonically at the Settlement Conference set for July 25, 2019. Docket No. 33. A response shall be filed no later than May 28, 2019, and any reply shall be filed no later than May 30, 2019.

IT IS SO ORDERED.

Dated: May 22, 2019

_____
Nancy J. Koppe
United States Magistrate Judge