# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MONICA HECKATHORN,

    Plaintiff,

v.

BODEGA LATINA CORPORATION,

    Defendant.

Case No.: 2:17-cv-00703-APG-NJK

**Order**

On May 17, 2019, the Court issued an order setting a settlement conference in the instant case for July 25, 2019. Docket No. 32. The order specified, *inter alia*, the time, date, and required personal appearances for the settlement conference. *Id.* at 1-2. Specifically, the Court ordered that "[a]ll counsel of record who will be participating in the trial" are "**required to be present in person for the duration of the settlement conference**[.]" *Id.* at 1 (emphasis in original).

On July 23, 2019, at 11:16 a.m., Defendant's attorney, Michael Mills, filed a notice informing the Court that he intends to violate the Court's order. Docket No. 53. Mr. Mills' notice states that he has a scheduled appearance in state court on the date of the settlement conference and intends to have an attorney who has not appeared on the docket of the instant case appear at the settlement conference in his stead. *Id.* Mr. Mills fails to state when the state court appearance was scheduled and further fails to state why this appearance was set at the same time as a settlement conference for which he had more than two months' notice. *Id.*

. . . .

Orders are not suggestions or recommendations, they are directives with which compliance is mandatory. *See, e.g.*, *Chapman*, 613 F.2d at 197; *see also Weddell v. Stewart*, 261 P.3d 1080, 1085 & n.9 (Nev. 2011). Mr. Mills is again **ORDERED** to comply with the Court's order and personally appear at the settlement conference on July 25, 2019, at 9:30 a.m.

FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN CONTINUANCE OF THE SETTLEMENT CONFERENCE AND MAY RESULT IN SANCTIONS.

IT IS SO ORDERED.

DATED: July 23, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE