# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MONICA HECKATHORN, | Case No.: 2:17-cv-00703-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| BODEGA LATINA CORPORATION, LLC, | |
| Defendant(s). | |

On July 25, 2019, the Court held a settlement conference in this case. Plaintiff, Plaintiff's Counsel E. Breen Arntz and Cory Hilton, as well as Defendant's representatives Selma Cassio and Karen Musto, and Defendant's counsel Michael Mills were in attendance. The Court and the parties met and conferred. A final offer remained open until 5:00 p.m. on July 29, 2019. The parties must file a status report no later than 4:00 p.m. on August 1, 2019.

IT IS SO ORDERED.

Dated: July 31, 2019

Nancy J. Koppe
United States Magistrate Judge