# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MONICA HECKATHORN, | Case No.: 2:17-cv-00703-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 57) |
| BODEGA LATINA CORPORATION, | |
| Defendant(s). | |

Before the Court is the parties' joint status report, wherein the parties submit they have reached a settlement. Docket No. 57. The Court **ORDERS** the parties to file a stipulation of dismissal no later than September 3, 2019.

IT IS SO ORDERED.

Dated: August 2, 2019

_____
NANCY J. KOPPE
United States Magistrate Judge