# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MONICA HECKATHORN, | Case No.: 2:17-cv-00703-APG-NJK |
| Plaintiff | **Order Denying Motions in Limine as Moot** |
| v. | [ECF Nos. 41, 42, 43] |
| BODEGA LATINA CORPORATION, | |
| Defendant | |

In light of the parties' status report (ECF No. 57) indicating that this matter has settled,

IT IS ORDERED that the defendants' motions in limine **(ECF Nos. 41, 42, 43)** are **DENIED as moot**.

DATED this 2nd day of August, 2019.

 ANDREW P. GORDON
 UNITED STATES DISTRICT JUDGE